# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Angie Cowan Hamada, Regional Director of Region 13 ofNLRB, et al.

Plaintiff,

v.

Case No.: 1:22−cv−03948

Honorable Thomas M. Durkin

Kristen Stewart−Gibbs

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 15, 2022:

MINUTE entry before the Honorable Thomas M. Durkin:Telephonic status hearing held on 8/15/2022. No one appeared on behalf of defendant. Motion to compel [1] is granted. Plaintiff is to send an amended proposed order to Judge Durkin's proposed order inbox. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.